HARRIET H. ARMSTRONG, Respondent, v. THOMAS ARMSTRONG, Appellant.

(Argued June 18, 1885 ; decided June 26, 1885.)

*Esek Cowen* for appellant.

*G. H. Beckwith* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Petition of the CHURCH AT HARSEN VILLE to Vacate an Assessment.

(Argued June 18, 1885 ; decided June 26, 1885.)

*Truman H. Baldwin* for appellant.

*D. J. Dean* for respondent.

Agree to affirm on opinion in *In re Matthias B. Smith* (*ante*, p. 424).
All concur.
Order affirmed.

---

EMIL AARON et al., Appellants, v. JAMES MCNAMEE et al., Respondents.

(Argued June 18, 1885; decided June 26, 1885.)

*Isaac L. Rice* for appellants.

*James McNamee* and *Adolph S. Pincoffs* for respondents.

Agree to affirm ; no opinion.
All concur, except RAPALLO, J., not voting.
Order affirmed.